

Gerard R. Luckman
516.479.6350
GLuckman@SilvermanAcampora.com

100 Jericho Quadrangle
Suite 300
Jericho, New York 11753

March 18, 2016

**VIA ECF**
United States Bankruptcy Court
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722
Attn: Clerk of the Court

|  |  |  |
|---|---|---|
| Re: | Symphonic Holdings LLC | T.C. Music Co., Inc. |
|  | Chapter 11 | Chapter 11 |
|  | **Case No. 16-72228** | **Case No. 16-72231** |
|  | Our File No. 065886 |  |

Dear Sir/Madam:

    We are counsel to Symphonic Holdings LLC ("Symphonic") and T.C. Music Co., Inc. ("TCM" and, together with Symphonic, the "Debtors") in connection with the above-referenced bankruptcy cases.

    This letter is to inform you that Symphonic and TCM are related cases, and to request that their chapter 11 cases be assigned to the same judge.

    If you have any questions, please do not hesitate to contact me.

Respectfully yours,

*s/ Gerard R. Luckman*

Gerard R. Luckman

GRL/mc

GRL/1921837.1/065886