# United States Bankruptcy Court
### Eastern District of New York

In re   **Symphonic Holdings LLC**                          Case No.   **16-72228**
                                      Debtor(s)             Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Symphonic Holdings LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 18, 2016**                          **/s/ Gerard R. Luckman, Esq.**
Date                                      **Gerard R. Luckman, Esq.**
                                          Signature of Attorney or Litigant
                                          Counsel for   **Symphonic Holdings LLC**
                                          **SilvermanAcampora LLP**
                                          **100 Jericho Quadrangle**
                                          **Suite 300**
                                          **Jericho, NY 11753**
                                          **516.479.6300 Fax:516.479.6301**