## Exhibit "A" to Rule 1007-4 Declaration

### Consolidated List of Creditors Holding 20 Largest Unsecured Claims

Pursuant to Local Bankruptcy Rule 1007-4, the following is a list of those creditors holding the 20 largest unsecured claims against the Debtors.  This list has been prepared from the books and records of the Debtors, and in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure in connection with the filing of the Debtors[1] chapter 11 petitions.  This list does not include (a) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, (b) secured creditors unless the value of the collateral is less than the total amount of such creditor's claim or (c) claims held by any of the Debtors' employees.

The information set forth on this Schedule shall not constitute an admission of liability by, nor is binding on, the Debtors, and the failure to list a claim as contingent, disputed or subject to set-off shall not be a waiver of the Debtors' rights related hereto.

| Name of Creditor | Amount | Contingent, Unliquidated, Disputed or Subject to Setoff | Nature of the Debt | Debtor(s) |
|---|---|---|---|---|
| NYS Dept of Taxation & Finance Bankruptcy Section PO Box 5300 Albany, NY 12205-0300 | $128,523.47 | | New York State Sales Tax | T.C. Music Co., Inc. |
| Town of Smithtown 99 Westman Street Smithtown, NY 11787 | $65,000.00 | | Property Taxes | Symphonic Holdings LLC |
| Yamaha Corp. of America PO Box 73035 Chicago, IL 60673 | $24,252.46 | | Trade Debt | T.C. Music Co., Inc. |
| Deanna Varricchino Smithtown Receiver of Tax 99 W. Main St. Smithtown, NY 11787 | $23,475.33 | | Taxes | T.C. Music Co., Inc. |
| Bank of America PO Box 15796 Wilmington, DE 19886-5796 | $21,567.18 | | Business Credit Card | T.C. Music Co., Inc. |

---

[1] The *Declaration of Robert Cromeyn Under Local Rule 1007-4 in Connection with Chapter 11 Filings and in Support of Certain "First Day" Motions* and this Exhibit A is filed in connection with the following chapter 11 debtors (collectively, the "**Debtors**"):  T.C. Music Co., Inc. and Symphonic Holdings, LLC.

| Name of Creditor | Amount | Contingent, Unliquidated, Disputed or Subject to Setoff | Nature of the Debt | Debtor(s) |
|---|---|---|---|---|
| Chase<br>PO Box 15123<br>Wilmington, DE 19850 | $20,378.37 | | Business Credit Card | T.C. Music Co., Inc. |
| Buffet Crampon, USA<br>153 W. 36th Street<br>New York, NY 10018 | $17,254.16 | | Trade Debt | T.C. Music Co., Inc. |
| BGE Financial<br>PO Box 558<br>Champaign, IL 61824 | $10,302.22 | | Loan | T.C. Music Co., Inc. |
| AM Trust North America<br>59 Maiden Lane<br>New York, NY 10038 | $8,810.00 | | Insurance | T.C. Music Co., Inc. |
| BGE Financial<br>PO Box 558<br>Champaign, IL 61824 | $6,614.86 | | Loan | T.C. Music Co., Inc. |
| Charles Dumont & Son<br>PO Box 1017<br>Voorhees, NJ 08043-7017 | $5,591.52 | | Trade Debt | T.C. Music Co., Inc. |
| Pitney Bowes<br>PO Box 856390<br>Louisville, KY 40285-6390 | $5,248.90 | | Goods and Services | T.C. Music Co., Inc. |
| Howard Core Company<br>99 Symphony Way<br>Anniston, AL 36205 | $4,250.19 | | Trade Debt | T.C. Music Co., Inc. |
| Glasser Violin Bow Mfg. Co.<br>4330 Bullard Ave.<br>Bronx, NY 10466 | $3,701.30 | | Trade Debt | T.C. Music Co., Inc. |
| KMC Music<br>Division of Jam Industries<br>Dept. Ch 19849<br>Palatine, IL 60055 | $3,526.80 | | Trade Debt | T.C. Music Co., Inc. |

AN/1921440.1/065886

| Name of Creditor | Amount | Contingent, Unliquidated, Disputed or Subject to Setoff | Nature of the Debt | Debtor(s) |
|---|---|---|---|---|
| Jack Winters<br>7 Graystone Lane<br>Smithtown, NY 11787 | $1,885.00 | | Services Performed | T.C. Music Co., Inc. |
| Ferree's Tools, Inc.<br>1477 Michigan Ave. E<br>Battle Creek, MI 49014 | $1,659.03 | | Trade Debt | T.C. Music Co., Inc. |
| VGS Stamping Co. Inc.<br>43 Sheer Plaza<br>Plainview, NY 11803 | $1,545.45 | | Trade Debt | T.C. Music Co., Inc. |

AN/1921440.1/065886

**List of Largest Secured Creditors**

Pursuant to Local Bankruptcy Rule 1007-4(a)(5), the following is a list of the secured creditors of the Debtor.  This list has been prepared from the books and records of the Debtor, and in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure, in connection with the filing of the Debtor's case under chapter 11.

The information set forth on this Schedule shall not constitute an admission of liability by, nor is binding on, the Debtor, and the failure to list a claim as contingent, disputed or subject to set-off shall not be a waiver of any of the Debtor's rights related hereto.

| Name of Creditor | Amount of Claim | Description of Collateral | Estimated Value of Collateral | Contingent, Disputed, or Subject to Set-off |
|---|---|---|---|---|
| Citibank, N.A.<br>Attn: Legal Department<br>One Court Square<br>Long Island City, NY 11120<br><br>Citibank, N.A.<br>c/o Platzer, Swergold, Levine, Goldberg, Katz & Jaslow, LLP<br>Attn: Robert J. Mastrogiacomo<br>475 Park Avenue South 18th Floor<br>New York, NY 10016<br>Tel: (212) 593-3000 | $585,434.41 | Mortgage on real property known as and located at 29 East Main Street, Smithtown, NY 11787 | $700,000.00 | |
| Citibank, N.A.<br>Attn: Legal Department<br>One Court Square<br>Long Island City, NY 11120<br><br>Citibank, N.A.<br>c/o Platzer, Swergold, Levine, Goldberg, Katz & Jaslow, LLP<br>475 Park Avenue South 18th Floor<br>New York, NY 10016<br>Tel: (212) 593-3000 | $39,492.16 | All assets and personal property of T. C. Music Co., Inc. | Unknown | |

AN/1921440.1/065886

## Assets and Liabilities of the Debtors
[As of May 18, 2016 on an unaudited basis]

Total Assets………………………………… $933,316.80
Total Liabilities…………………………….. $1,090,827.07

AN/1921440.1/065886

**Publicly Traded Securities**

Pursuant to Local Bankruptcy Rule 1007-4(a)(viii), there are no debt securities of the Debtors publicly held, nor are there equity securities of the Debtors which are publicly held.

AN/1921440.1/065886

## **Debtors' Property Not in Their Possession**

Pursuant to Local Bankruptcy Rule 1007-4(a)(ix), listed below are the locations where property of the Debtors is in the possession or custody of any custodian, public officer, mortgagee, pledge, assignee of rents, or secured creditor, or agent for such entity.

None.

AN/1921440.1/065886

## **List of Owned/Leased Premises**

Pursuant to Local Bankruptcy Rule 1007-4(a)(9), listed below is the property or premises owned, leased or held under other arrangements by the Debtors from which the Debtors operate their business.

Owned:

29 East Main Street,
Smithtown, NY 11787

AN/1921440.1/065886

## Location of Debtor's Books and Records

Pursuant to Local Bankruptcy Rule 1007-4(a)(10), the Debtors' books and records are located in the following locations:

Debtors' Offices:
29 East Main Street,
Smithtown, NY 11787

Friedman, Kennenberg & Company, P.C.
17 Talcott Notch
Farmington, CT 06032

AN/1921440.1/065886

## **Litigation**

Pursuant to Local Bankruptcy Rule 1007-4(a)(xii), all known actions or proceedings, pending or threatened, against the Debtor or its property where a judgment against the Debtors or a seizure of their property may be imminent are listed below.

| Case Name | Index/Case No. | Court | Nature of case | Status |
|---|---|---|---|---|
| Citibank, N.A. v Symphonic Holdings LLC, TC Music Co., Inc., and Robert Cromeyn | 604344/2016 | Supreme Court of the State of New York, County of Suffolk 235 Griffing Ave., Riverhead, NY 11901 | Foreclosure | Pending |
| Buffet Group USA v. TC Music Co., Inc. d/b/a Cornet Music | 063525/2014 | Supreme Court of the State of New York, County of Suffolk 235 Griffing Ave., Riverhead, NY 11901 | Collection | Disposed |

AN/1921440.1/065886

## <u>Senior Management</u>

Pursuant to Local Bankruptcy Rule 1007-4(a)(12), the following is a list of individuals comprising the Debtors' existing senior management, describing their tenure and relevant responsibilities and experience.

| Name/Position | Experience/ Responsibilities |
|---|---|
| **Robert Cromeyn**<br>President and sole shareholder | Mr. Cromeyn has owned and operated T.C. Music for more than 50 years and brings his extensive knowledge of musical instruments and accessories, including hiring of instructors for private instrument lessons, instrument repair services and instrument rental programs. |

AN/1921440.1/065886

## **Payroll**

Pursuant to Local Bankruptcy Rule 1007-4(b)(1)-(2) (A) and (C), the following provides the Debtors' estimated monthly payroll for employees (not including officers, directors and stockholders), and the estimated amount to be paid to officers, directors, stockholders, and financial and business consultants retained by the Debtor, for the thirty-day period following commencement of the Debtor's chapter 11 case.

| Position Title | Employee | 30 Calendar Days 5/18/16 thru 6/17/16 Payroll |
|---|---|---|
| **Officers:** | | $0.00 |
| **Employees:** | | $24,717.92 |
| **Total All** | | $24,717.92 |

**Note**:  The only Debtor that has payroll obligations owing to employees is T.C. Music Co., Inc.  The remaining Debtors have do not have any operations.

AN/1921440.1/065886

### Estimate Cash Receipts/Budget

Pursuant to Local Bankruptcy Rule 1007-4(b)(3), the following provides, for the thirty-day period following commencement of their chapter 11 cases, the Debtors' estimated cash receipts and disbursements, net cash gain or loss, and obligations and receivables expected to accrue that remain unpaid, other than professional fees.

Over the next thirty (30) days, the Debtors anticipate collecting receivables in the amount of $38,438.00.  In addition, the Debtors anticipate incurring expenses in the following amounts:

| Expense | Amount |
|---|---|
| Cablevision | $205.55 |
| PSEG Long Island LLC | $636.47 |
| National Grid | $222.22 |
| Winter Brothers | $195.43 |
| Merchants Insurance | $1424.60 |
| Verizon Wireless | $111.91 |
| NYSIF | $6,959.52 |
| Payroll | $24,717.92 |
| National General | $382.86 |
| Travelers Insurance | $557.25 |
| **Total:** | **$35,413.73** |

AN/1921440.1/065886