**SILVERMANACAMPORA LLP**
Proposed Attorneys for the Debtors
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Gerard R. Luckman
Janet F. Brunell
Brian Powers

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| SYMPHONIC HOLDINGS, LLC, *et al.*, | Case No.: 16-72228 (AST) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------x

## STATEMENT PURSUANT TO BANKRUPTCY RULE 2016(b)

The undersigned, pursuant to Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, states that:

1. On May 18, 2016, (the "**Petition Date**"), Symphonic Holdings, LLC and T.C. Music Co., Inc. d/b/a Cornet Music (collectively, the "**Debtors**") each filed a chapter 11 case in this Court.

2. SilvermanAcampora LLP ("**SilvermanAcampora**") is proposed counsel to the Debtors.

3. The compensation paid by the Debtors to SilvermanAcampora for legal services rendered, and to be rendered, in contemplation of and in connection with this case was $28,500.00 (including the two chapter 11 filing fees), as a retainer for legal services to be rendered. The source of funds paid to SilvermanAcampora was the Debtor's President and sole shareholder, Robert Cromeyn. As of the Petition Date, $1,938.50 of that $28,500.00 remained as a retainer held by SilvermanAcampora.

4. The Debtors retained SilvermanAcampora in or about February 2016 to assist with certain restructuring issues and in contemplation of their potential chapter 11 filings.

5. The unpaid balance due and payable to SilvermanAcampora for services rendered in the Debtors' cases will be determined, subject to Court approval.

6. The services rendered or to be rendered in this case include the following:

- Analysis of the Debtors' financial condition, and rendering advice and assistance to the Debtors in determining whether to file a chapter 11 petition.
- Preparation and filing of the petitions, motions, applications, schedules, statement of financial affairs and other documents required by the Court.
- Representation of the Debtors at the meeting of creditors, and all appearances before this Court.
- Preparation of a chapter 11 plan and related disclosure statement.

7. SilvermanAcampora expects to be required to perform substantial additional services for the Debtors and will file applications with the Court, upon appropriate notice, seeking payment of compensation and reimbursement of expenses upon appropriate notice.

8. Except as stated herein, SilvermanAcampora has received no transfer, assignment or pledge of property in connection with this case.

9. SilvermanAcampora has not shared or agreed to share compensation paid in connection with this case with any person or entity, except as permitted by the Bankruptcy Code and Bankruptcy Rules.

Dated: June 1, 2016
      Jericho, New York

**SILVERMANACAMPORA LLP**

By: */s/ Gerard R. Luckman*
     Gerard R. Luckman
A Member of the Firm
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300